IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR209 |
| | ) | |
| v. | ) | |
| | ) | |
| ZEDDIE EDWARD ADAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court is the Request for Transcript by a Non-Party [16]. The non-party requests a CD be burned of hearings held on June 29, 2007 and July 3, 2007.

IT IS ORDERED:

1. That the Request for Transcript (CD) by a Non-Party [16] is granted.

2. Robert Fox is ordered to put on file with the Clerk of Court a check in the amount of $52.00.

3. Upon receipt of said funds, the Clerk is ordered to prepare a CD of the of hearings held on June 29, 2007 and July 3, 2007.

Dated: August 14, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge